IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TANUA WALLACE,
*as Administrator of the Estate of*
Frankie Junior Jennings,

        Plaintiff,

v.                          CIVIL ACTION NO. 3:24-cv-00338-TEJ

UNITED STATES OF AMERICA, et al.,

        Defendants.

## ORDER

For reasons appearing to the Court, the telephonic scheduling conference currently scheduled for August 30, 2024, is **CONTINUED** to **September 6, 2024, at 11:00 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:      August 19, 2024

_____
THOMAS E. JOHNSTON, CHIEF JUDGE