IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

TANUA WALLACE,
*as Administrator of the Estate of*
Frankie Junior Jennings,

        Plaintiff,

v.                    CIVIL ACTION NO. 3:24-cv-00338-TEJ

UNITED STATES OF AMERICA, et al.,

        Defendants.

## ORDER

Pending before the Court is the Plaintiff's unopposed motion to stay. For good cause shown the Court **GRANTS** the motion (ECF No. 25) and **STAYS** the above-styled civil action. Further, the Court **DIRECTS** the Clerk to remove the case from its active docket. The Court schedules a telephonic status conference for **April 4, 2025, at 10:00 a.m**. The call-in information for the call is as follows: 304-461-4955, then dial 633 027 107# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:        September 5, 2024

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE